## KEENER LUMBER CO. v. PERRY

No. 248P02

Case below: 149 N.C. App. 19

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002. Conditional petition by defendants for discretionary review pursuant to G.S. 7A-31 dismissed as moot 15 August 2002.

## LeGRANDE v. STATE

No. 327P02-1,-3,-4

Case below: Stanly County Superior Court

Application by plaintiff pro se for writ of habeas corpus denied 8 August 2002. Plaintiff's pro se complaint for injury to person dismissed 15 August 2002. Plaintiff's civil complaint against the State for malicicious and deliberate erroneous convictions, imprisonment dismissed 15 August 2002. Motion by plaintiff for a mediated settlement conference or a dispute settlement center resolution on civil complaint against the State for malicious and deliberate erroneous convictions, imprisonments and sentence of death dismissed 15 August 2002.

## LOGAN v. ROGERS CONCRETE CO.

No. 161P02

Case below: 149 N.C. App. 232

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.

## METTS v. TURNER

No. 251P02

Case below: 149 N.C. App. 844

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.